**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>Baltimore Division</u>**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ALFRED WEST | * | Case No.: 09-18341-JS |
| KAREN HEYWARD WEST | * | |
| | * | Chapter 13 |
| Debtors | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| | * |
| NATIONAL CITY BANK | * |
| | * |
| Movant, | * |
| v. | * |
| | * |
| ALFRED WEST | * |
| KAREN HEYWARD WEST, <u>et al</u>. | * |
| | * |
| Respondents | * |
| | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### <u>TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY</u>

Gerard R. Vetter, Chapter 13 Trustee ("Trustee"), files this Response to the Motion for Relief from Automatic Stay (Doc. 33) (the "Motion"), filed by National City Bank ("Movant"), and states as follows:

1. The Trustee admits the allegations contained in Paragraphs 1, 2, and 9 of the Motion.

2. The Trustee is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 3, 4, 5, 6, 7, and 10 of the Motion.

3. The Trustee denies the allegations contained in Paragraph 8 of the Motion.

4. By way of further answer, the Trustee asserts that Movant can and should be provided with adequate protection of its interest in the property that is the subject of the Motion by requiring that the Debtors amend the Chapter 13 Plan to provide for payment through the Plan of all post-petition arrearages owed to Movant. The Plan payment should be increased to include the amount of the post-petition arrearages owed to Movant.

5. The property that is the subject of the Motion is necessary to an effective Chapter 13 reorganization of the Debtors.

WHEREFORE, the Trustee requests that this Court deny the relief requested in the Motion.

Respectfully submitted,

/s/Gerard R. Vetter
Gerard R. Vetter
Chapter 13 Trustee
100 S. Charles Street, Suite 501
Tower II
Baltimore, MD 21201-2721
Phone:(410) 400-1333
Fax: (410) 400-1301
E-mail:  marciac@grvch13.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Response was served on August 18, 2009, electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Alfred West
Karen Heyward West
5 Old Creek Court
Owings Mills, MD 21117
Debtors

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360 E
Baltimore, MD 21208
Counsel for Debtors

Kristine D. Brown, Esquire
Shapiro & Burson, LLP
13135 Lee Jackson Highway # 201
Fairfax, VA 22033
Movant's Counsel

                                                    /s/ Gerard R. Vetter
                                                  Gerard R. Vetter